UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**\*\*\*TO BE FILED UNDER SEAL\*\***
**\*NOT FOR PUBLICATION**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br><br>- OF -<br><br>NORTH AMERICNA MARINE & SECURITY SERVICES LCC, as Owner of 2002, 25 foot Parker cabin vessel for Exoneration for or Limitation of Liability,<br><br>                               Petitioner. | Civ. No. 2:17-cv-09145 (KSH)(CLW)<br><br>**REPORT & RECOMMENDATION** |
| Lisa Maresca Turi, individually, as Administrator Ad Prosequendum of the Estate of Joseph Turi, deceased,<br><br>    Claimant and Third Party Plaintiff<br><br>v.<br><br>North American Marine & Security Services, LLC; Skanska Koch, Inc.; and Kiewit Infrastructure Co.,<br><br>                               Defendants. | |

**WALDOR, United States Magistrate Judge,**

      This matter having come before the Court by way of referral from the Hon. Katharine S. Hayden to conduct a "Friendly Hearing" in order to determine whether the proposed settlement with North American Marine & Security Services, LLC and Kiewit Infrastructure Co. is in the best interest of Claimant and Third Party Plaintiff Lisa Maresca Turi, individually and as Administrator Ad Prosequendum of the Estate of Joseph Turi, deceased. Having considered the Ms. Lisa Maresca Turi's submission dated February 11, 2019; having heard the testimony by Ms. Lisa Maresca Turi, individually and as Administrator Ad Prosequendum of the Estate of Joseph Turi, deceased; and

as more fully set forth and reflected in the transcript dated February 14, 2019, the Court makes the following report:

1. Ms. Lisa Maresca Turi reviewed with her attorneys, Kevin J. Mahoney, Esquire, and Daniel O. Rose, Esquire, the strengths and weaknesses of her case, and indicated that she understood the potential problems surrounding her claims against the Defendants North American Marine & Security Services, LLC and Kiewit Infrastructure Co.;

2. Ms. Lisa Maresca Turi understood that by settling the claims that she would give up her right to trial and judicial intervention as well as her rights as an individual and as Administrator Ad Prosequendum of the Estate of Joseph Turi to otherwise bring any actions with regard to this case against Defendants North American Marine & Security Services, LLC and Kiewit Infrastructure Co.;

3. Ms. Lisa Maresca Turi indicated that she was satisfied with Mr. Mahoney and Mr. Rose's representation;

4. And having considered the risks, liability, and damages aspect of this case;

5. The undersigned is satisfied that the overall settlement as outlined by Mr. Rose on the record is fair and reasonable.

Based upon the foregoing, and based upon the transcript of the proceeding on February 14, 2019, it is on this 14th day of February, 2019, recommended to the United States District Judge that Claimant and Third Party Plaintiff's settlement with Defendants North American Marine & Security Services, LLC and Kiewit Infrastructure Co. be approved.

Respectfully,

s/ Cathy L. Waldor
**CATHY L. WALDOR**
**UNITED STATES MAGISTRATE JUDGE**