UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF THE COMPLAINT

-OF-

NORTH AMERICAN MARINE & SECURITY SERVICES LLC, as Owner of a 2002, 25 foot Parker cabin vessel for Exoneration from or Limitation of Liability,

    *Petitioner.*

Lisa Maresca Turi, individually, as Administrator and as Administrator Ad Prosequendum of the Estate of Joseph Turi, deceased,

    *Claimant and Third Party Plaintiff*,
v.

North American Marine & Security Services, LLC; Skanska Koch, Inc.; and Kiewit Infrastructure Co.,

    *Defendants*.

Civ. No. 17-cv-09145 (KSH) (CLW)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

    Claimant and third-party plaintiff Lisa Maresca Turi brought this action under maritime jurisdiction on behalf of herself and her daughter S.T. for the wrongful death of Turi's husband and S.T.'s father. (D.E. 3, Answer, Claim and Third Party Complaint.) The matter was settled in mediation on October 15, 2018. (D.E. 24.) Because Turi's minor daughter is a beneficiary of the settlement, Magistrate Judge Waldor conducted a "Friendly Hearing" on February 14, 2019 in order to determine whether the proposed settlement was in the best interest of S.T., and made

a Report and Recommendation. (D.E. 40, "R&R.") The R&R considered the risk, liability, and damages aspect of the case and found the overall settlement set forth on the record by Turi's counsel to be fair and reasonable. (*Id.* ¶¶ 4-5.) The R&R recommended that the settlement be approved. (*Id.*)

This Court reviews the R&R under 28 U.S.C. § 636 and Local Civil Rule 72.1. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge" and must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b); *see* L. Civ. R. 72.1(c)(2). No objections have been raised to any part of the R&R.

The Court has reviewed the full record in this matter and finds that the R&R adequately develops the factual record and applies the correct legal standard. The R&R considered plaintiffs' damages and defendants' liability and found that the settlement amounts for Turi and S.T., the attorney's fees, and the expenses related to expert fees were fair and reasonable.

It is hereby ORDERED that the February 14, 2019 Report and Recommendation is ADOPTED. The parties are instructed to enter a stipulation of dismissal in this matter.

Date: June 25, 2019

/s/Katharine S. Hayden_____
Katharine S. Hayden, U.S.D.J.